UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 03CR10385-RGS |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 922(g)(1)- |
| KIRK RINALDI | ) Felon in Possession of |
| | ) Firearms and Ammunition |
| | ) 21 U.S.C. § 841(a)(1)- |
| | ) Possession with Intent |
| | ) to Distribute Heroin |
| | ) 18 U.S.C. § 924(c)- |
| | ) Possession of Firearms |
| | ) In Furtherance of a Drug |
| | ) Trafficking Crime |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1)- Felon in Possession
              of Firearms and Ammunition)

The Grand Jury charges that:

On or about January 31, 2002, at Everett, in the District of Massachusetts,

KIRK RINALDI,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, three firearms, to wit: an A.A. Arms, Model AP9, 9mm semi-automatic pistol, bearing serial number 009451; a Raven, Model MP-25, .25 caliber semi-automatic pistol, bearing serial number 1877903; and a Browning .25 caliber pistol, bearing serial number 780288, and assorted ammunition.

All in violation of Title 18, United States Code, Section

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)- Possession with Intent
                     to Distribute Heroin)

The Grand Jury further charges that:

On or about January 31, 2002, at Everett, in the District of Massachusetts,

KIRK RINALDI,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>:   (18 U.S.C. § 924(c)- Possession of Firearms
                     In Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about January 31, 2002, at Everett, in the District of Massachusetts,

KIRK RINALDI,

the defendant herein, did knowingly possess four firearms, to wit: an A.A. Arms, Model AP9, 9mm semi-automatic pistol, bearing serial number 009451; a Raven, Model MP-25, .25 caliber semi-automatic pistol, bearing serial number 1877903; a Browning .25 caliber pistol, bearing serial number 780288; and a Smith and Wesson, Model 36, .38 caliber revolver, bearing an obliterated serial number, in furtherance of the drug trafficking crime alleged in Count Two of the within indictment, to wit: knowingly and intentionally possessing with intent to distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:               December 17, 2003 @ 3:57 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Everett     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 02-M00018-LPC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Kirk Rinaldi     Juvenile: ☐ Yes ☒ No

Alias Name: _____

Address: _____

Birth date: **/**/63    SS#: ***-**-4114    Sex: M    Race: Caucasian    Nationality: USA

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: James Lang     Bar Number if applicable: _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: 1/31/01

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____ ☒ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 17, 2003     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Kirk Rinaldi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms and Ammunition | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Heroin with Intent to Distribute | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Poss. of Firearms in Furtherance of Drug Offense | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 3/13/02