UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 03-10385-RGS |
| ) | |
| KIRK RINALDI              ) | |
| ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney James Lang, respectfully represents:

1. That KIRK RINALDI (hereinafter "RINALDI"), is presently incarcerated at M.C.I. Plymouth, Miles Standish Forrest, One Bumps Pond Road, Plymouth, MA 02360 (FAX number (508)295-0936), and that he will be so incarcerated on January 14, 2003.

2. That on December 17, 2003, RINALDI was indicted in the above-captioned case.

3. That on January 14, 2004 at 2:30 P.M. RINALDI is scheduled to be arraigned in the above-captioned case before United States Magistrate Judge Lawrence P. Cohen.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, M.C.I. Plymouth, Miles Standish Forrest, One Bumps Pond Road, Plymouth, MA 02360, or to any other person having custody and control of RINALDI, commanding him to produce RINALDI before United States Magistrate Judge Lawrence P. Cohen of the District of Massachusetts, John Joseph Moakley Federal Courthouse, One

Courthouse Way, Boston, Massachusetts, 02210, on January 14, 2004 at 2:30 P.M., for the purpose of being arraigned in this case.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                              By: _____
                                 JAMES F. LANG
                                 Assistant U.S. Attorney

ALLOWED:


_____
HON. LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE