UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to Massachusetts Correctional Institution at Plymouth:

YOU ARE COMMANDED to have the body of KIRK RINALDI before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on Wednesday, January 14, 2004, at 2:30 P.M. for the purpose of arraignment in the case of

UNITED STATES OF AMERICA V. KIRK RINALDI

CR Number 03-10385-RGS

And you are to retain the body of said KIRK RINALDI while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said KIRK RINALDI to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 9th day of January, 2004.

/s/ Lawrence P. Cohen

_____
UNITED STATES MAGISTRATE JUDGE

SEAL

TONY ANASTAS
CLERK OF COURT

By:     /s/ Joseph Spada

Deputy Clerk