UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                              CRIM. CASE NO:    CR03-10385 RGS

KIRK RINALDI
          Defendant

ORDER ON
APPOINTMENT OF FEDERAL DEFENDER

COHEN, U.S.M.J.

    On Wednesday, January 14, 2004, Kirk Rinaldi, the defendant in the above-entitled action, appeared before this Court for the purpose of an arraignment on an indictment charging him with 18 U.S.C.§ 841, possession with intent to distribute heroin, 18 U.S.C. § 922 (g)(1), felon in possession of firearms and ammunition, and 18 U.S.C. §924 (c), possession of firearms in furtherance of a drug trafficking crime.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Catherine Byrne of the Federal Defender Office for the District of Massachusetts be appointed, effective as of January 14, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk

February 23, 2004
Date