UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10385-RGS |
| ) | |
| KIRK RINALDI ) | |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

The United States moves to continue the status conference scheduled for March 22, 2004, until March 23, 2004, or any day thereafter that is convenient for the Court. In support of its motion, the government says the following.

1. The undersigned Assistant U.S. Attorney will be out of the office on March 22nd.

2. The requested continuance is only for one day.

3. The defendant assents to the continuance.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Assented-To:
Kirk Rinaldi,
by his counsel

_____
Catherine Byrne, Esq.
Federal Defender Office
408 Atlantic Avenue, Third Floor
Boston, MA 02110

# MORRISON, MAHONEY & MILLER, LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Tory A. Weigand
Phone: 617-737-8827
Fax: 617-342-4947
tweigand@mail.mm-m.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

March 11, 2004

Ms. Mary Johnson
Courtroom Clerk to Judge Stearns
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA  02210

Re:   Donfred Gilles, Myrcie Gilles, Fredline Gilles
      Vs.   American Airlines, Inc.
      Civil Action No: 02-12066 RGS
      Our File No: 10006320

Dear Ms. Johnson:

Please be advised that the parties have reached a settlement in the above-referenced matter and are in the process of finalizing same. The parties are agreeable for the issuance of a 60-day dismissal nisi order to allow the parties to finalize the settlement and allow the filing of a stipulation of dismissal.

Your attention to this matter is appreciated. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Tory A. Weigand

TAW/teb
cc:   Patrick Shanley, Esquire

869426
927072v1