UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10385-RGS |
| | ) | |
| KIRK RINALDI | ) | |

### STATUS REPORT

The parties file the following status report.

1. There are no outstanding discovery issues.

2. No additional discovery is anticipated.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. No additional schedule need be set.

6. The parties have not discussed the possibility of resolution of the case without trial.

7. The Court has already issued orders of excludable delay for the time periods from: 1/14/04 - 2/11/04; 2/20/04 - 3/22/04; and 3/23/04 - 4/22/04.

Respectfully submitted,

Kirk Rinaldi,
by his counsel

/s/ Catherine Byrne
Catherine Byrne, Esq.
Federal Defender Office
408 Atlantic Avenue, Third Floor
Boston, MA 02110

By: /s/ Christopher F. Bator

MICHAEL J. SULLIVAN
United States Attorney

CHRISTOPHER F. BATOR
Assistant U.S. Attorney