UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               ) CRIMINAL NO. 04-10075-PBS
                         )
MIGUEL IBARRA            )

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant respectfully moves that the status conference scheduled for August 10, 2004 be continued until anytime after September 9, 2004.  As reason therefore, counsel will be on medical leave from August 3-13 and on annual leave from August 16-27.  As further reason, there is additional investigation that needs to be performed by the defense in this case.  The Assistant United States Attorney will be on annual leave from August 30 through September 9, 2004.  The defendant also requests that the Court exclude the time from August 10, 2004 to whatever September date the court sets for the status conference from the speedy trial calculation.

The government, per Assistant United States Attorney Rachel E. Hershfang, assents to this motion.

                              MIGUEL IBARRA
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

-2-

_____