UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIRK RINALDI ) | CRIMINAL NO. 03-10385-RGS |

MOTION TO ALLOW COUNSEL TO WITHDRAW AND
FOR APPOINTMENT OF NEW COUNSEL

The defendant in the above entitled case respectfully moves that Assistant Federal Public Defender Catherine K. Byrne, who was appointed by this court to represent him, be allowed to withdraw as counsel and that new counsel be appointed to represent him.

As grounds therefor, the defendant is extremely dissatisfied with counsel's handling of his case; and that such disagreement has occasioned an irretrievable breakdown in the attorney-client relationship. (See Affidavit in Support of Motion for Appointment of New Counsel).

                                                          KIRK RINALDI
                                                        By his attorney,

                                                        /s/ Catherine K. Byrne

                                                        Catherine K. Byrne
                                                           B.B.O. #543838
                                                        Federal Defender Office
                                                        408 Atlantic Avenue, 3rd Floor
                                                        Boston, MA  02110
                                                        Tel: 617-223-8061