UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 03-10385-RGS |
| ) | |
| KIRK RINALDI     ) | |

### MOTION TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AND FOR APPOINTMENT OF <u>NEW COUNSEL UPON RECEIPT BY COUNSEL</u>

The defendant in the above entitled case respectfully requests that he be permitted to file the signed affidavit in support of his motion to allow counsel to withdraw and for appointment of new counsel upon counsel's receipt of the signed copy.

As grounds therefor, the defendant is incarcerated and delay is due to the mail.

                                        KIRK RINALDI
                                      By his attorney,

                                      /s/ Catherine K. Byrne

                                      Catherine K. Byrne
                                          B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061