```
                UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA           )
                                   )
        v.                         )   CRIMINAL NO. 03-10385-RGS
                                   )
KIRK RINALDI                       )

AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF NEW COUNSEL

   1. I am the defendant in the above entitled case.

   2. Assistant Federal Defender Catherine K. Byrne was appointed to represent me in the United States District Court.

   3. I am dissatisfied with her representation and do not want her to continue to represent me in this matter.

   4. We disagree as to what needs to be done in my defense.

   5. We have reached an irretrievable breakdown in our relationship.

   6. I request that new counsel be appointed to handle my case.

   Signed under the pains and penalties of perjury.


                                   _____
                                   Kirk Rinaldi            Date