UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KIRK RINALDI ) | CRIMINAL NO. 03-10385-RGS |

MOTION TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO
WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL

The defendant in the above entitled case respectfully requests that he be permitted to file the attached signed affidavit in support of his motion to allow counsel to withdraw.

    KIRK RINALDI
    By his attorney,

    /s/ Catherine K. Byrne

    Catherine K. Byrne
      B.B.O. #543838
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061