AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

US

v.

Kirk Rinaldi

**APPEARANCE**

CASE NUMBER: CR 03-10385

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ___DEFENDANT, KIRK RINALDI___

I certify that I am admitted to practice in this court.

___11-3-04___
Date

Signature: _Karnig Bojajian_

Print Name: __KARNIG BOYAJIAN__         Bar Number

Address: __ONE GATEWAY CENTER, SUITE 315__

City: __NEWTON__   State: __MA__   Zip Code: __02458__

Phone Number: __617-332-2222__       Fax Number