UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10385-RGS

UNITED STATES OF AMERICA

v.

KIRK RINALDI

FINAL STATUS REPORT

January 11, 2005

COHEN, M.J.

A Final Status Conference was held before this court on Tuesday, January 11, 2005, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report, to wit:

1. All discovery is complete, and no motions are pending

2. There may be a trial in this case.[1] The parties estimate that trial will last some 7 to 10 trial days;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings.

---

[1] We have been advised that counsel for the defendant will file a motion before the district judge to whom this case is assigned seeking the preparation of a pre-plea presentence report.

_____
UNITED STATES MAGISTRATE JUDGE