## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                     **CRIMINAL NO. 03-10385-RGS**

**KIRK RINALDI**

# NOTICE OF TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                                     **JANUARY 19, 2005**

**COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY**

**ORDERED TO APPEAR FOR A "TRIAL ASSIGNMENT CONFERENCE" ON:**

**THURSDAY, FEBRUARY 3, 2005 AT 4:00 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT**

**JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED**

**STATES COURTHOUSE, BOSTON, MA.**

**SO ORDERED.**

**RICHARD G. STEARNS**
**UNITED STATES DISTRICT JUDGE**

**BY:**

**/s/ Mary H. Johnson**
**Deputy Clerk**