FILED CLERKS OFFICE 3-20-05

TO: His Honor Richard G. Stearns

2005 MAR 22 P 2:58

From: Kirk Rinaldi   Docket # 03CR10385 RGS
Plymouth County Correctional Facility.
26 Long Pond Rd. Plymouth, mass. 02360

Re: Appointment of Legal Counsel.

As of the evening of March 4th, 2005 I have been without legal counsel.

I respectfully request that you appoint me legal counsel who has the time, willingness, and capability to properly work with me on my defense in this case.

Brief History: I have been incarcerated as a result of this case since Jan, 2002, (38 months so far), I have been under federal indictment on this case since Jan, 2004 (14 months so far).

Since Jan, 2004, I have been appointed legal counsel twice. From Jan 2004 to Sept 2004, I was represented by one Kathy Byrne (Federal Defenders office), after 8 months we parted, some of the reasons for this were I felt very little had been done on my case and what little did get done I felt was

done half heartedly and inadequately. From oct. 2004 to the evening of march 4th 2005, I had been appointed one Karnig Boyajian, after 5 months, again, I feel nothing (next to nothing) had been done. Examples: ① He refused to reply to my letters, serious lack of communication, ② I'm having a lot of medical problems where I currently am housed, (I suffer from terminal illness and require medical care and medication), It took him 5 months to obtain some, not all, of the required medical records. ③ As of march 4th he still had not had a chance to look at all the evidence against me in this case, I guess he's too busy for my case.

I don't feel this is a terribly difficult case, I feel this case could have been finished or close to finished by now, currently I don't even know all the evidence against me yet.

I do not wish to waste the courts, His Honors, nor my time, for this reason as well as the reasons listed above, and others, I respectfully request adequate legal counsel in this matter.

I thank you for your time and help in this matter.

Kirk Rundle