UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10385-RGS |
| ) | |
| KIRK RINALDI ) | |

### ASSENTED-TO MOTION TO EXTEND TIME

The United States, with the assent of the defendant, moves to extend the time by which it must respond to his Motion To Suppress and Motion To Obtain Identity of Cooperating Witness up to and including October 13, 2005. In support of its motion, the United States says the following.

1. The requested extension is necessary for the government to adequately prepare its responses to the defendant's motions.

2. The extension is only for ten business days.

3. The defendant assents to the extension.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date:

Assented-To:
Kirk Rinaldi,
by his counsel,

_____
Karnig Boyajian, Esq.
One Gateway Center
Suite 315
Newton, MA 02458

## CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Karnig Boyajian, Esq., One Gateway Center, Suite 315, Newton, MA 02458 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 9/29/05