```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10385-RGS |
| | ) | |
| KIRK RINALDI | ) | |

**ASSENTED-TO MOTION TO EXTEND TIME**

The United States, with the assent of the defendant, moves to extend the time by which it must respond to his Motion To Suppress and Motion To Obtain Identity of Cooperating Witness up to and including October 20, 2005. In support of its motion, the United States says the following.

1. The requested extension is necessary for the government to adequately prepare its responses to the defendant's motions.

2. The extension is only for five business days.

3. The defendant assents to the extension.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: /s/CHRISTOPHER F. BATOR
                                    Assistant U.S. Attorney

                                    Date: October 13, 2005

Assented-To:
Kirk Rinaldi,
by his counsel,


/s/Karnig Boyajian (C.F.B.)
One Gateway Center
Suite 315
Newton, MA 02458