UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                CRIMINAL NO. 03-10385-RGS

KIRK RINALDI

# NOTICE OF HEARING

STEARNS, DJ.                              NOVEMBER 1, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

MONDAY, DECEMBER 19, 2005 AT 10:00 A.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                        RICHARD G. STEARNS
                                                        UNITED STATES DISTRICT JUDGE

           BY:

                                            /s/ Mary H. Johnson
                                             Deputy Clerk

*To be heard: Deft's Motion to Suppress (#33); Deft's Motion to Obtain True Identity of Cooperating Witness (#34).