UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

SECOND MOTION TO WITHDRAW AS DEFENSE COUNSEL

The undersigned hereby moves to withdraw as defense counsel for the defendant, Kirk Rinaldi, because the defendant has communicated that he believes undersigned counsel has been (a) dilatory in his efforts on defendant's behalf, (b) has failed to pursue assignments he has tasked counsel with, and (c) that there has been a lack of communication and commitment by counsel with the defendant, so that the defendant no longer has faith or trust in counsel's work.

Wherefore, in the interest of justice the court should allow the undersigned's withdrawal as defense counsel in this case ant that a substitute counsel be appointed for the defendant.

June 7, 2006                            /s/ Karnig Boyajian
                                        Karnig Boyajian (BBO#052080)
                                        Defendant's Attorney
                                        One Gateway Center, Suite 315
                                        Newton, MA  02458
                                        Tel. 617-332-2222
                                        Fax. 617-332-2221

CERTIFICATE

I hereby certify a copy of the within motion was this date delivered, faxed and/or mailed postage prepaid to AUSA Christopher Bator, c/o U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA, 02110.

                                        /s/ Karnig Boyajian
June 7, 2006                            Karnig Boyajian