UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

MOTION FOR PRE-PLEA PRESENTENCE REPORT

The defendant moves that the court authorize the Probation Office to prepare a Pre-Plea Presentence Report, without his being personally interviewed, and that the same be based solely on information available to probation from defendant's record and the subject matter of this case. This request is made in order to provide the defendant with sufficient knowledge to consider concluding this case without the need of a trial on the merits.

June 21, 2006                                    /s/ Karnig Boyajian
                                                 Karnig Boyajian (BBO#052080)
                                                 Defendant's Attorney
                                                 One Gateway Center, Suite 315
                                                 Newton, MA  02458
                                                 Tel. 617-332-2222
                                                 Fax. 617-332-2221

CERTIFICATE

I hereby certify a copy of the within motion was this date delivered, faxed and/or mailed postage prepaid to AUSA Christopher Bator, c/o U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA, 02110.

                                                 /s/ Karnig Boyajian
June 21, 2006                                    Karnig Boyajian