UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 03-10385-RGS

KIRK RINALDI

# ORDER

STEARNS, DJ.                                    JULY 7, 2006

THIS COURT HAVING ALLOWED DEFENDANT'S MOTION FOR PREPARATION OF A PRE-PLEA PRESENTENCE REPORT (see attached),

IT IS HEREBY ORDERED: THE U. S. PROBATION DEPARTMENT FOR THE DISTRICT OF MASSACHUSETTS SHALL COMMENCE THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT FOR THE ABOVE-NAMED DEFENDANT.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

MOTION FOR PRE-PLEA PRESENTENCE REPORT

The defendant moves that the court authorize the Probation Office to prepare a Pre-Plea Presentence Report, without his being personally interviewed, and that the same be based solely on information available to probation from defendant's record and the subject matter of this case. This request is made in order to provide the defendant with sufficient knowledge to consider concluding this case without the need of a trial on the merits.

Allowed. R.M. Stearns DJ 7-7-06.

June 21, 2006

/s/ Karnig Boyajian
Karnig Boyajian (BBO#052080)
Defendant's Attorney
One Gateway Center, Suite 315
Newton, MA  02458
Tel. 617-332-2222
Fax. 617-332-2221

CERTIFICATE

I hereby certify a copy of the within motion was this date delivered, faxed and/or mailed postage prepaid to AUSA Christopher Bator, c/o U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA, 02110.

June 21, 2006

/s/ Karnig Boyajian
Karnig Boyajian