7-13-06

Karnig Boyajian,

I recieved your letter yesterday dated 7-10-06.

I wish for you to appeal the motion to withdraw, Please ask for a hearing with me present so I can explain, it is NOT only a time issue and I was not permitted to attend the hearing on 9-28-04 so I have no way of knowing what was stated, the court nor any attorneys notified me of this until ~~the re~~ after the refusal motion on 3-25-05. There are many issues as you have pointed out, There is just no way we can work together on this case, we tried after the last refusal (3-25-05) but it just is NOT working.

Thank you

Kirk Rinaldi A97805
PO Box 100
S. Walpole, ma. 02071

P.S. If a hearing is granted. Please give me some kind of notice so I can be prepaired.

Ex. A