UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

APPEAL BY DEFENDANT DENYING
SECOND MOTION TO WITHDRAW AS DEFENSE COUNSEL

    The defendant has requested undersigned counsel to enter an appeal on his behalf to the court's denial of counsel's Second Motion to Withdraw as Defense Counsel. The defendant further seeks to be present in court to be personally heard on the matter. At the request of counsel, the defendant submitted a letter to confirm his request for this appeal which letter was received on July 17, 2006, and is submitted herewith as Ex. A.

    Wherefore, in the interest of justice the court should allow defendant's request for a hearing on the subject matter of his request for an appeal in the above matter.


July 17, 2006                                        /s/ Karnig Boyajian
                                                           Karnig Boyajian (BBO#052080)
                                                           Defendant's Attorney
                                                           One Gateway Center, Suite 315
                                                           Newton, MA  02458
                                                           Tel. 617-332-2222
                                                           Fax. 617-332-2221

CERTIFICATE

    I hereby certify a copy of the within motion was this date delivered, faxed and/or mailed postage prepaid to AUSA Christopher Bator, c/o U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA, 02110.


                                                                   /s/ Karnig Boyajian
July 17, 2006                                                        Karnig Boyajian