## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 03-10385-RGS |
| KIRK RINALDI, Defendant. | ) ) ) ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above captioned criminal action, replacing Assistant United States Attorney Chris Bator.

                                                                                     Respectfully submitted,

                                                                                    MICHAEL J. SULLIVAN
                                                                                    United States Attorney

                                                By:    */s/ Lisa M. Asiaf*
Date: February 20, 2007                          LISA M. ASIAF
                                                       Assistant U.S. Attorney
                                                         Tel: (617) 748-3268

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2007.

                                                                      */s/ Lisa M. Asiaf*
                                                                      LISA M. ASIAF
                                                                      Assistant U.S. Attorney