# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 03-10385-RGS |
| KIRK RINALDI,<br>            Defendant. | ) ) ) ) | |

## MOTION FOR STATUS CONFERENCE

The United States of America (the "government") hereby moves this Honorable Court to schedule a Status Conference in this matter. In support of this motion, the government states that upon motion of the defendant, Kirk Rinaldi, this matter was referred to the Probation Office for the preparation of a Pre-Plea Presentence Report ("Pre-Plea PSR"). The Pre-Plea PSR has been prepared and this matter is now ready for a Status Conference to determine whether a Rule 11 hearing or a trial should be scheduled.

WHEREFORE, the government respectfully moves this Honorable Court to schedule a Status Conference in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: February 20, 2007

By:   /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2007.

                                                    */s/ Lisa M. Asiaf*
                                                    LISA M. ASIAF
                                                    Assistant U.S. Attorney