UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

**DEFENDANT'S OBJECTION TO GOVERNMENT'S
MOTION TO EXCLUDE TIME**

      The defendant, Kirk Rinaldi, objects to the Government's Motion To Exclude Time dated and filed on March 6, 2007, and cites as reasons therefor the matters more particularly addressed in Defendant's Motion To Dismiss Indictment filed herewith.

|  |  |
|---|---|
|  | /s/ Karnig Boyajian |
| March 8, 2007 | Karnig Boyajian, (BBO #052080) |
|  | Attorney for Defendant |
|  | One Gateway Center, Suite 315 |
|  | Newton, MA  02458-2802 |
|  | Tel. (617) 332-2222 |
|  | Fax. (617) 332-2221 |

CERTIFICATE

      I hereby certify a copy of the within pleading was this date served on counsel of record for the government, Lisa M. Asiaf, AUSA, c/o U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA, 02110, by electronic filing notice.

|  |  |
|---|---|
|  | /s/ Karnig Boyajian |
| March 8, 2007 | Karnig Boyajian |