March 06, 2007

Judge Richard G. Stearns,

    Will you please have someone send me a print out of my court tickets from Dec. 2003 to date and all my discovery in my case?

    I have asked my current attorney many times over the years, however, he won't ever bother to reply back.

    I will greatly appreciate anything you can do for me with this matter and eagerly await your response.

Thank you

Kirk Rinaldi

USA v. Rinaldi

File date: 12-17-2003

Docket case # 1:03-cr-10385-RGS-ALL

Kirk Rinaldi
A97805
P.O. Box 100
S. Walpole, MA.
02071