UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

# UNITED STATES OF AMERICA

V.                                      CRIMINAL NO. . 03-10385-RGS

# KIRK RINALDI

## ORDER SETTING  CRIMINAL CASE FOR TRIAL

STEARNS, DJ.                                      MAY 3, 2007

THE ABOVE-CAPTIONED CASE IS SCHEDULED FOR TRIAL IN COURTROOM **#21**

7TH FLOOR, UNITED STATES COURTHOUSE, BOSTON, MA  ON **MONDAY, JUNE 11, 2007** AT

**9:00 A.M.**

ON OR BEFORE **JUNE 5, 2007** COUNSEL FOR THE PARTIES SHALL FILE,

JOINTLY OR SEPARATELY, THE FOLLOWING MATERIALS WITH THE COURT:

(1)  ANY STIPULATED OR ADMITTED FACTS IN A FORM SUITABLE
FOR PRESENTATION TO THE JURY;

(2)  A LIST OF PROSPECTIVE GOVERNMENT WITNESSES, IDENTIFIED
BY CITY OR TOWN OF RESIDENCE, OR BY AN INSTITUTIONAL
ADDRESS, AND THE NAME OF THE CASE AGENT, IF ANY, WHO
IS TO SIT AT GOVERNMENT COUNSEL TABLE;

(3)  A LIST OF PROSPECTIVE ALIBI WITNESSES AND ANY OTHER
WITNESSES DEFENDANT(S) WISH BROUGHT TO THE ATTENTION
OF THE JURY DURING VOIR DIRE, IDENTIFIED BY CITY OR TOWN
OF RESIDENCE, OR BY AN INSTITUTIONAL ADDRESS;

(4)  A STATEMENT OF THE QUALIFICATIONS OF ANY GOVERNMENT
EXPERT WITNESS, AND ANY SUMMARY OF TESTIMONY PRODUCED
PURSUANT TO FED. R. CRIM. P. 16(a)(1)(E) AND ANY RECIPROCAL
DISCLOSURE PRODUCED BY THE DEFENDANT(S) PURSUANT TO
FED. R. CRIM. P. 16(b)(1)(C);

(5)  A LIST OF GOVERNMENT EXHIBITS TO BE INTRODUCED AT TRIAL.
THE EXHIBITS ARE TO BE PRE-MARKED IN A NUMERICAL SEQUENCE
AND LABELED "GOVERNMENT EXHIBIT";

(6)  A LIST OF DEFENSE EXHIBITS TO BE OFFERED AT TRIAL.  THE
EXHIBITS ARE TO BE PRE-MARKED IN A NUMERICAL SEQUENCE
AND LABELED "DEFENDANT EXHIBIT";

(7)  ANY MOTIONS IN LIMINE OR OTHER REQUESTS REGARDING FORESEEABLE
DISPUTES CONCERNING EVIDENTIARY ISSUES, INCLUDING AUTHORITY
FOR THE RULING REQUESTED;

(8)  A TRIAL MEMORANDUM ADDRESSING THOSE ITEMS AS TO WHICH
THERE ARE FORESEEABLE DISPUTES CONCERNING ISSUES OF LAW;

(9)  AN INFORMED ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL

(BASED ON A TRIAL SCHEDULE OF 9:00 A.M. TO 1:00 P.M. DAILY);

(10) REQUESTS FOR JURY INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

(11) ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;

(12) ANY REQUEST TO USE SPECIAL AUDIO-VISUAL OR OTHER ELECTRONIC EQUIPMENT DURING THE TRIAL.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary  H. Johnson
----------------------------------------
Deputy Clerk

DATED: **5-3-07**

**"A FINAL PRE-TRIAL CONFERENCE WITH COUNSEL IS SCHEDULED FOR FRIDAY, JUNE 8, 2007 AT 2:30 P.M."**