UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| VS | * | NO. 03-CR-10385-RGS |
| | * | |
| KIRK RINALDI | * | |

DEFENDANT, KIRK RINALDI'S, PROPOSED JURY SELECTION QUESTIONNAIRE, OR ALTERNATIVELY, THAT THE PROPOSED QUESTIONS BE USED FOR JURY VOIR DIRE

The defendant, Kirk Rinaldi, proposes that the attached Jury Selection Questionnaire be submitted to each prospective juror for a response prior to their selection as jurors in this case, or alternatively, that the proposed questions be used for jury voir dire.

July 9, 2007

/s/ Karnig Boyajian
Karnig Boyajian  (BBO #052080)
Attorney for Kirk Rinaldi
One Gateway Center, Suite 315
Newton, MA  02458-2802
Tel:  617-332-2222
Fax:  617-332-2221

Juror Name_____     Juror Number_____

United States of America v. Kirk Rinaldi,    No. 03-CR-10385-RGS

Jury Selection Questionnaire

     To assist the parties, counsel and the Court in determining whether you may serve as a fair and impartial juror in this case, please answer the following questions. Please answer each question truthfully and completely. There are no right or wrong answers. *Please do not discuss the questions or your answers with anyone*. If you do not understand a particular question, please so indicate to the Court. If no response is appropriate, please indicate by writing "n/a."

     Your answers are confidential and will be used solely in selecting a jury for this case. Please keep in mind that you are answering these questions under oath and must be truthful in your response. Failure to answer truthfully may be deemed contempt of court.

1. In which city or town do you live?

2. What is your age?

3. If you are or were married, what is/was your spouse's name and employer, or if retired, former employer?

4. Have you or your spouse ever served in the military? If so when, in which branch and in which capacity?

5. How far did you go in school?

6. What is your occupation and by whom are you employed? What other types of occupations or jobs have you held in the past?

7. Are you a member of any clubs or organizations involved with the issues of crime or drugs? If so, please identify which ones and the issues involved?

2

8. Have you, anyone in your family or household, or any relative or close friend, ever been arrested for, charged with, or been a victim of, a crime? If so, please explain?

9. Have you, anyone in your family or household, or any relative or close friend, ever been a victim of a firearms crime or drug crime?

10. If you have ever served on a federal or state jury before, please describe the type of case and when you served.

11. Do you believe that if the government brings charges against someone, the person accused is probably guilty?

12. What is your opinion of lawyers who represent people charged with crimes?

13. What is your opinion of government prosecutors?

14. What are your feelings about the possibility of being a juror in a case in which the defendant is charged with firearms possession and drug activity offenses?

15. Have you, any household member, or other family and friends ever been the victim of any firearms or drug activity offenses.

16. Do you have any views regarding firearms possession or drug activity offenses that would interfere with your ability of act as an impartial juror?

17. Are you, or is anyone in your family or household, or any relative or close friend a law enforcement officer, including a police officer, probation officer, federal agent, or prosecutor? If so, please explain.

18. Are you or is anyone in your family or household, or any relative or close friend, a criminal defense lawyer?

19. Do you believe that a police or law enforcement officer is more likely, less likely, or just as likely, to tell the truth than an ordinary citizen?

20. Have you ever served on a federal or state grand jury in the past?

21. Do you understand that an indictment is only a piece of paper which notifies the defendant that he is being charged with a crime?

22. Do you understand that an indictment is not evidence that the crime charged was committed and may not be considered as evidence by you in deliberations?

23. Do you understand that the defendant has entered pleas of not guilty to the offenses charged against his and is innocent until proven otherwise?

24. Do you have any difficulty presuming that the defendant is considered to be completely innocent at the commencement of his trial?

25. Do you realize that the burden of proof is greater for a criminal case than for a civil case?

26. Do you understand that the government is required by law to prove the defendant guilty beyond a reasonable doubt?

27. If the government fails to meet that burden, do you understand that you must find the defendant not guilty?

28. Do you understand that the defendant does not have to testify at trial and nothing can be inferred from him not testifying?

29. Is there anything in your background or experience that would cause you to be biased in any way against an individual who has been accused of a crime by way of an indictment?

30. Do you feel that you possess any kind of personal prejudice with reference to the defendant or the subject matter of this case?

31. Is there any reason you cannot be fair and impartial as a juror in this case?

32. Is there any matter not covered by this questionnaire that you believe the Court or the attorneys in this case should know when considering you as a juror?

The answers I have given are true and correct to the best of my knowledge.

_____
Juror's Signature