# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 03-10385-RGS |
| | ) |
| KIRK RINALDI, | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF FACT

The United States and the defendant, Kirk Rinaldi, stipulate and agree to the following facts:

(1)   Prior to January 31, 2002, the defendant, Kirk Rinaldi, was convicted in a court of the Commonwealth of Massachusetts of a crime punishable by a term of imprisonment exceeding one year.

Dated: July 9, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   */s/ Lisa M. Asiaf*
JAMES F. LANG
LISA M. ASIAF
Assistant U.S. Attorneys
Tel: (617) 748-3100

DEFENDANT KIRK RINALDI,
By his attorney,

By:   */s/ Karnig Boyajian*
KARNIG BOYAJIAN, ESQ.
One Gateway Center
Suite 315
Newton, MA 02458
Tel: (617) 523-5858