## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 03-10385-RGS |
| KIRK RINALDI, | ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits its Witness List in the above captioned matter.

1. John Mercer, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

2. Richard Donahue, Special Agent, ATF

3. Matthew O'Shaughnessey, Special Agent, ATF

4. Daniel Meade, Special Agent, ATF

5. Regina Collyer, Police Officer, Everett Police Department, Everett, MA

6. Mai Noc Tran, Chemist, Massachusetts Department of Public Health Mass Spectrometry Laboratory, Jamaica Plain, MA

7. Charles Salemi, Chief, Massachusetts Department of Public Health Drug Analysis Laboratory, Jamaica Plain, MA

8. Peter Piro, Supervisor, Massachusetts Department of Public Health Mass Spectrometry Laboratory, Jamaica Plain, MA

9. Robert Hall, Police Officer, Everett Police Department, Everett, MA

10. Stephanie D'Andrea, Special Agent, ATF

2

Dated: July 9, 2007                                             Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

By:    */s/ Lisa M. Asiaf*
       JAMES F. LANG
       LISA M. ASIAF
       Assistant U.S. Attorneys
       Tel: (617) 748-3100

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2007.

                                                     */s/ Lisa M. Asiaf*
                                                     LISA M. ASIAF