```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
                                          )
UNITED STATES OF AMERICA                  )
                                          )
         v.                               ) CRIMINAL NO. 03-10385-RGS
                                          )
KIRK RINALDI                              )
                                          )
```

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by United States Attorney Michael J. Sullivan and Assistant United States Attorneys Lisa Asiaf and James Lang, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. This case was jointly investigated by the Everett Police and the federal Bureau of Alcohol, Tobacco and Firearms. Is there anything about your attitude towards either of those law enforcement agencies, or any other, that would prevent you from fairly and impartially evaluating the evidence and rendering a fair and impartial verdict?

2. Do any of you oppose laws regulating or restricting the possession of firearms or ammunition such that your opposition might render you unable to be fair and impartial jurors in this case? Do any of you support laws regulating or restricting the possession of firearms or ammunition such that your support might render you unable to be fair and impartial jurors in this case?

3. Do any of you oppose laws regulating or restricting the possession and/or distribution of controlled substances such that your opposition might render you unable to be fair and impartial jurors in this case? Do any of you support laws regulating or restricting the possession and/or distribution of controlled substances such that your support might render you unable to be fair and impartial jurors in this case?

4. Have any of you or any members of your family been involved in the criminal justice system as a defendant in a criminal case? If so, would your experience as a criminal defendant, or as the family member of a criminal defendant,

render you unable to be fair and impartial juror in this case?

    5. If you are a regular viewer of forensic detective television shows such as CSI, will this affect the burden that you impose on the government in its proof?

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:

                                _____
                                LISA ASIAF
                                JAMES LANG
                                Assistant U.S. Attorneys

                        CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified in the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants.

                                /s/ Lisa Asiaf
                                Lisa Asiaf
                                Assistant U.S. Attorney

Date: July 9, 2007