## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 03-10385-RGS |
| KIRK RINALDI, | ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits an Exhibit List in the above captioned matter. The government respectfully requests leave to supplement this Exhibit List as necessary prior to trial.

1. CD-Rom video recording of execution of search warrant on January 31, 2002

2-11. Photographs of items discovered in bedroom

12-A. Raven, Model MP-25, .25 caliber semi-automatic pistol, bearing serial number 1877903, with one magazine

12-B. 4 rounds of .25 caliber ammunition loaded in Raven, Model MP-25, .25 caliber semi-automatic pistol, bearing serial number 1877903

13. Browning .25 caliber pistol, bearing serial number 780288, with two magazines

14. Ammunition found in various locations in bedroom

15. Heroin in plastic baggy found in bedroom

16. U.S. Currency

17. Wallet with credit cards and other identifying materials

18. Mailing addressed to defendant dated January 2002 found in kitchen

19. January 2002 issue of People Magazine addressed to defendant found in kitchen

20. Photograph of defendant in front of 534 Broadway, Everett, MA, on January 31, 2002

21. Certified copy of Massachusetts Registry of Motor Vehicles records relating to

       white 1997 Cadillac Sedan Deville, MA Registration No. 5437RV

22-26. Photographs of items discovered in livingroom

27-A. A.A. Arms, Model AP9, 9 mm semi-automatic pistol, bearing serial number 009451

27-B. 16 rounds of 9 mm Geco ammunition loaded in A.A. Arms, Model AP9, 9 mm semi-automatic pistol, bearing serial number 009451

28. Box containing 23 rounds of .25 caliber Winchester ammunition

29. Plastic gloves

30. 28 rounds of 9 mm ammunition

31. Application for MasterCard Executive BusinessCard bearing defendant's signature dated November 30, 2001

32. Application for Continental Airlines Platinum Visa bearing defendant's signature dated November 30, 2001

33. Digital scale

34-38. Photographs of items discovered in office

39. Smith and Wesson, Model 36, .38 caliber revolver, bearing an obliterated serial number

40. 42 rounds of .25 caliber Winchester ammunition

41. Digital scale

42. Heroin in two plastic baggies

43. Bottle of Inositol Powder

44. Sifter

45. Spoons

46. Three boxes of plastic baggies

47-54. Family photographs discovered in office

55. Mailing addressed to defendant dated December 2001 found in office

56. Mailing return labels bearing defendant's name found in office

57. Stipulation regarding defendant's felony status as of January 31, 2002.

Dated: July 9, 2007                                                  Respectfully submitted,

                                                                     MICHAEL J. SULLIVAN
                                                                     United States Attorney


                                                              By:    _____/s/ Lisa M. Asiaf_____
                                                                     JAMES F. LANG
                                                                     LISA M. ASIAF
                                                                     Assistant U.S. Attorneys
                                                                     Tel: (617) 748-3100


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2007.

                                                    _____/s/ Lisa M. Asiaf_____
                                                                LISA M. ASIAF