Kirk Rinaldi
A97805
P.O.Box 100
South Walpole, Ma.
    02071

August,13,2007

The honorable
Judge Richard G. Stearns
Suite 7130
John Joseph Moakley U.S. Courthouse
1 Courthouse way
Boston, Ma. 02210

    Re;Kirk Rinaldi C.D.#1:03-cr-10385-RGS-ALL, appointment of new counsel.


    On July 12th,2007, you granted my motion to appoint new counsel.

    Can you please notify me who the new counsel is as soon as possible, and can you please have somebody send me A copy of my court dockets dated from Jan.,2007 to date.

    I thank you in advance for your time and help in these matters and eagerly await your reply.


                                             Sincerely,
                                             *[signature]*
                                             Kirk Rinaldi