OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way - Suite 2300
Fan Pier
Boston, Massachusetts 02210

**Sarah Allison Thornton**
Clerk

Mary H. Johnson
Deputy Clerk to the Honorable
Richard G. Stearns
U. S. District Judge

August 20, 2007

Mr. Kirk Rinaldi
c/o MCI - Cedar Junction
P. O. Box 100
South Walpole, MA 02071

Dear Mr. Rinaldi:

    In response to your letter dated August 13, 2007 to Judge Stearns, please be advised that the Court has appointed new counsel for you. The attorney's name is Eduardo Masferrer, Esq., 6 Beacon St., Boston, MA 02108 - 617-531-0135. I spoke to Attorney Masferrer on Friday, August 17, at which time he advised that he made a trip to MCI Walpole about a week ago, but was unable to see you at that time because you had been at the Shattuck Hospital, I believe. He has advised me that he will again attempt to see you at Walpole within the next week or two.

    Here is a copy of the current docket sheet that you requested.

Very truly yours,

Mary H. Johnson, Deputy Clerk to
Stearns, DJ.

cc: Eduardo Masferrer, Esq.; Lisa Asiaf, AUSA.