UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:03-CR-10385-RGS |
| ) | |
| ) | |
| KIRK RINALDI ) | |

## MOTION TO CONTINUE RULE 11 HEARING

Now comes the defendant in the above entitled and enumerated case, and moves this Honorable Court to continue his status hearing currently scheduled for October 25th, 2007. As grounds therefore the Counsel for the Defendant states that he is on trial in Suffolk Superior Court in the matter of *Commonwealth v. Darnell Ricks, Docket No. SUCR2006-10675*. Counsel has spoken with AUSA Lang regarding the above situation and he does not oppose this continuance. Should the Court grant this continuance, Counsel would suggest a date of November 9th or November 16th, 2007. These dates are also agreeable with AUSA Lang.

KIRK RINALDI
By his attorney

_____/"Eduardo Masferrer"/_____
Eduardo Masferrer
BBO# 644623
Masferrer & Associates, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135