UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 1:03-CR-10385-RGS |
| ) | |
| ) | |
| **KIRK RINALDI** ) | |

<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR A CONTINUANCE</u>

I, Eduardo Masferrer, do hereby depose and say that the following is true to the best of my knowledge, understanding and belief:

1. I am an attorney and have been appointed to represent the Defendant Kirk Rinaldi

2. The case was scheduled for a Status Hearing on October 25th, 2007.

3. Counsel is on trial in Suffolk Superior Court *(Commonwealth v. Darnell Ricks, Docket No. SUCR2006-10675)*.

4. Counsel has spoken with AUSA James Lang regarding the above situation and he does not oppose this continuance.

5. Should the Court grant this continuance, Counsel would suggest a date of November 9th or November 16th, 2007 for this matter. These dates are also agreeable to AUSA Lang.

　　　　　　　　　　　　　　　　　　_____/"Eduardo Masferrer"/_____
　　　　　　　　　　　　　　　　　　　　　　　　Eduardo Masferrer