UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:03-CR-10385-RGS |
| ) | |
| ) | |
| KIRK RINALDI ) | |

## MOTION TO CONTINUE STATUS HEARING

Now comes the defendant in the above entitled and enumerated case, and moves this Honorable Court to continue his change of plea hearing currently scheduled for November 16th, 2007 at 3:00pm. As grounds therefore, Counsel for the Defendant states that he is on trial in Essex Superior Court (*Commonwealth v. Julio Rodriguez, Docket No. ESCR2005-0950)*. Counsel has left a message for AUSA Lang regarding his unavailability, but has not yet heard back from him.

KIRK RINALDI
By his attorney

_____/"Eduardo Masferrer"/_____
Eduardo Masferrer
BBO# 644623
Masferrer & Associates, P.C.
6 Beacon St. Suite 720
Boston, MA 02108
(617) 531-0135