*file in* **CR03-10385-RGS**  11-09-07

Judge Richard Stearns,

   Please accept the following motions and requests even though they are not proffessanally done.

   I have recently been transferred again to another jail and have been refused all my property including legal work, so I'm very limited, this is the reason I've prepared this in pencil and white lined paper. It took me 5 days to get a partial address for the courthouse (this facility doesn't have a lawyers diary). Also I was unable to obtain the docket # and your office suite #.

   I have filed the following motions and requests becouse I have no other choice, my appointed attorneys are too busy to do it.

                              Thank you
                              [signature]
                              Pro Se

86

11-09-07

To: The Honorable Judge RICHARD STEARNS
Boston Federal courthouse Suite 7130
1 courthouse way
Boston, MA. 02210

(Page 1 of 2)

From: KIRK RINALDI Fed. Marshal #25061038 Pro Se
950 Central Falls, R.I. 02863

RE: US V KIRK RINALDI Pro Se, DCK # 10385
Motions and Requests

The following are my Pro Se motions and requests:

1. To have complete and direct involvement in all aspects of my case.

2. All my discovery that I have been refused for the past 6 yrs (70 months)

3. Funds for a private investigator.

4. Funds for expert witnesses.

5. All files, notes, reports, etc., (everything) involving, before, up to, during, and after the raid (of said apartment) and my incarceration in Jan. 2002, from, A.T.F., Woburn police, Everett police, and any one else involved in any and every way.

6. To have the drug lab weigh each piece of evidence as said to be found. Example: 3 drug samples should have 6 weights, (3 of the weights of the drugs and 3 of the weights of the packaging the drugs were said to be found in).

(page 2 of 2)

7. Bail hearing. It is now obvious, after 6 yrs, that I have to do at least the ground work (and motions above) etc., myself or they won't get done. To do these things (and other legal things) for my defense, I need, to start with, direct contact with P.I., expert witnesses, access to make inquireies that can't be done calling collect from Jail, amoung many other things, to have a propper defense.

Please note, the things I'm now asking for, I have been asking my appointed counsel for since day one, I can't even see my discovery. So far appointed counsel has filed hastily put together motions that lacked facts, requests, and facts were even misstated. They have continually wave my speedy trial rights, without my knowledge and continue my case. (6 yrs)

My new counsel, I have spoken to one time, and not becouse of my lack of trying to get a hold of him.

He was appointed to me 4 months ago, has he filed any of the above motions or requests? Has he done anything at all? I can't even get a hold of him.

I Thank you in advance for your time and help in these matters and await your response.

Sincerely
Keith Purcell
Pro Se