UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Criminal No. 1:03-CR-10385-RGS |
| ) | |
| ) | |
| KIRK RINALDI           ) | |

## MOTION TO CONTINUE STATUS HEARING

Now comes the defendant in the above entitled and enumerated case, and moves this Honorable Court to continue his change of plea hearing currently scheduled for December 7th, 2007 at 2:15pm. As grounds therefore, Counsel would state that due to a medical emergency in his family he is unable to present himself in Court at the originally scheduled time. Counsel has left a message for AUSA Lang regarding his unavailability, but has not yet heard back from him. Should the Court grant this continuance, Counsel would state that he is available on the afternoons of December 13th, December 18th or December 19th, 2007.

    Respectfully Submitted,
    KIRK RINALDI
    By his attorney:

    _____/"Eduardo Masferrer"/_____
    Eduardo Masferrer
    BBO# 644623
    Masferrer & Associates, P.C.
    6 Beacon St. Suite 720
    Boston, MA 02108
    (617) 531-0135