UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No. 1:03-CR-10385-RGS |
| ) | |
| ) | |
| **KIRK RINALDI** ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR A CONTINUANCE

I, Eduardo Masferrer, do hereby depose and say that the following is true to the best of my knowledge, understanding and belief:

1. I am an attorney and have been appointed to represent the Defendant Kirk Rinaldi

2. The case is scheduled for a Status Hearing on December 7th, 2007 at 2:15pm.

3. Counsel would state that due to an unexpected medical emergency in his family, he is unable to present himself in Court at this time.

4. Counsel has left a message with AUSA James Lang regarding the above situation but has not yet heard back from him.

5. Should the Court grant this continuance, Counsel would suggest a date of December 13th, December 18th or December 19th, 2007 in the afternoon for the Defendant's Status Hearing.

_____/"Eduardo Masferrer"/_____
Eduardo Masferrer